GEORGE GILCHRIST and Others, Copartners, etc., Appellants, v. JOSEPH H. GODWIN, JR., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GEORGE GILCHRIST and Others, Copartners, etc., Appellants, v. JOSEPH H. GODWIN, JR., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of the Application of CLARA C. ERICKSON for a Determination as to the Validity, Construction and Effect of the Dispositions of Property Contained in the Will of ALEXANDER H. ERICKSON, Deceased. CLARA C. ERICKSON and Others, Appellants; NEW YORK TRUST COMPANY, as Executor and Trustee, etc., and Others, Respondents.— Decree affirmed, with costs to respondents payable out of the estate. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

PAULINE SCHREIBER, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide event, on the ground that the verdict is against the weight of the evidence. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of the Application of LOUISE S. HENDRICKS, Appellant, to Compel EDWARD GOLDSCHMIDT, as Executor of EMMA FEUCHTWANGER, Deceased, Respondent, to Render an Account of Proceedings of the Said EMMA FEUCHTWANGER, Deceased, as Executrix, etc., of REBECCA FEUCHTWANGER, Deceased. ROSALIE A. SALOMON and Others, Appellants.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SALVATORE BALLATO, Appellant, v. LEO SCHLESINGER, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LUDWIG LITTAUER & COMPANY, INC., Respondent, v. GLOBE MANUFACTURING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SARAH BURNS, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

IRVING BLOOM, Respondent, v. ÆTNA CASUALTY AND SURETY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MIKE CONSUMANO, Respondent, v. BURNSIDE CONTRACTING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LEVY, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of MARY A. SULLIVAN, Respondent, v. JOHN HILL, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.